01-15-00986-CR



**JOHN D. KINARD**
**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/24/2015 8:07:42 AM
CHRISTOPHER A. PRINE
Clerk

November 24, 2015

Christopher Prine CLERK
First Court of Appeals
301 Fannin, 2nd floor
Houston, Texas 77002-2066

## NOTICE OF ASSIGNMENT ON APPEAL

**IN RE: State of Texas vs. BRETTON JAMES FOX**
**CASE NUMBER: 14CR0687**
**10th District Court**

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the **First COURT OF APPEALS, HOUSTON TEXAS.** Please note the following information.

>
> **Date of Judgment or Order Appealed from: 10/23/15**
> **Notice of Appeal: 10/23/2015**
> **Motion for New Trial: n/a**
> **Offense Convicted of: HARRASSMENT OF PUBLIC SERVANT**
> **Judgment and Sentence: Two (2) Years Institutional Division, TDCJ**
> **Trial Judge: Kerry Neves**
> **Court Reporter: Gail Jalufka**

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By: _Tracy Petermann_
Tracy Petermann

*600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

14CR0687
DCAPALCA
Appeal – Assignment Letter to the Court of Ap
1135475

CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137


CC:  Susan Criss, Attorney for Appellant
PO Box 17046
Galveston TX  77552


CC: Gail Jalufka, Court Reporter
600 59th Street
Galveston Texas 77551

CAUSE NUMBER *14 CR 0687*

THE STATE OF TEXAS 2015 OCT 23 AM 11:29    IN THE DISTRICT COURT OF

VS.                              *~~~~~~~~* GALVESTON, COUNTY, TEXAS

*Bretton Fox*                    *122nd* JUDICIAL DISTRICT

## NOTICE OF APPEAL

On this *23rd* day of *October*, *2015* the Defendant individually or by Attorney, in the above styled and numbered cause by written notice hereby excepts to Judgment/Sentence or appealable order. Defendant hereby gives Notice of Appeal to be filed in the Court of Appeals, 1st or 14th Supreme Judicial District:

_____
_____
_____
_____

_____
Defendant

Or

_____
Attorney
State BarNo._____

**The Following to be Completed by Clerk:**

Date of Judgment or other Order Appealed from: *10/23/15*
Name of Trial Court Judge: *Kerry Neves*
Name of Court Reporter: *Chai N Jalufka*
Name of Attorney on Appeal: _____ Bar No. _____
Address: _____
Telephone No. _____ Fax No. _____
Name of State's Attorney on Appeal : Jack Roady, Bar No. 24027780 Galveston County Criminal District Attorney, Galveston County Courthouse, 600 59TH Street, Galveston, Texas 77551 Phone No. (409) 766-2355 Fax No. (409) 766-2290
Defendant Incarcerated?    Yes ✓ No_____
Offense Convicted of: *Harrassment of Public Servant*
Punishment Assessed:_____
Who Assessed Punishment?   Trial Court ✓   Jury_____
Appeals Consolidated under this Cause No: _____
Companion Case, if Applicable:_____
Defendant on Appeal Bond?  Yes_____   No ✓